(53 Misc. Rep. 648)

### FECHTER v. SCHONGER et al.

(Supreme Court, Appellate Term. April 10, 1907.)

LANDLORD AND TENANT—ASSIGNMENT OF LEASE—LIABILITY FOR RENT.
    Where the assignment of a lease contains no covenant on the part of the assignees to pay the rent or perform the covenants of the lease, they are not liable for rent accruing after their removal from the demised premises.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 32, Landlord and Tenant, §§ 822–825.]

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action for rent between Hyman Fechter and Adolph Schonger and others. From a judgment for plaintiff, defendants appeal. Reversed.

Argued before GILDERSLEEVE, P. J., and GIEGERICH and ERLANGER, JJ.

Salter & Steinkamp (Jacob Stiefel, of counsel), for appellants.
Nathan Greenbaum, for respondent.

GIEGERICH, J. The plaintiff by this action seeks to hold the assignees of a lease liable for rent falling due after their removal from the demised premises. The assignment to the defendants does not contain any agreement or covenant on their part to pay the rent or to perform the covenants of the lease, and therefore, they are liable for the rent only for the period they were in possession. Dassori v. Zarek, 71 App. Div. 538, 75 N. Y. Supp. 841, and the cases there cited. Since the rent was paid up to the time the defendants vacated the premises, the justice erred in giving judgment in plaintiff's favor.

The judgment should therefore be reversed, and a new trial ordered, with costs to the appellants to abide the event. All concur.